UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF MEDICAL CORPORATION,<br><br>          Plaintiffs,<br><br>    v.<br><br>GOOGLE, LLC,<br><br>          Defendant. | Case No. 22-mc-80077-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RE APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782**<br><br>Re: Dkt. Nos. 3, 1 |

The Court has reviewed Magistrate Judge DeMarchi's Report and Recommendation Re Application for Order Pursuant to 28 U.S.C. § 1782. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that the Clinic's application is DENIED without prejudice. The Clinic is permitted to file an amended application and proposed subpoena that addresses the Court's concerns regarding the scope of the proposed subpoena.

**IT IS SO ORDERED.**

Dated: July 22, 2022

HAYWOOD S. GILLIAM, JR.
United States District Judge